# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**APRIL ROSS,**
Appellant,

v.

**NICHOLAS R. TRIMBLE,**
Appellee.

No. 4D17-1630

[March 8, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit; Karen M. Miller, Judge; L.T. Case No. 502016DR010294XXXXNB.

Ronald L. Bornstein of Ronald L. Bornstein, P.A., for appellant.

Nicholas Trimble, West Palm Beach, pro se.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***